**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

DAVID WILLIAMS,
ADC # 78730                                                                                                    PLAINTIFF

V.                                            2:10-cv-00030-SWW-JJV

BRENDA PERRY, Grievance Officer, East
Arkansas Regional Unit, Arkansas Department
of Correction; ESSIE CLAY, Disciplinary Hearing
Officer, East Arkansas Regional Unit,
Arkansas Department of Correction; and
GREG HARMON, Warden, East Arkansas
Regional Unit, Arkansas Department of Correction                          DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.  After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.        Plaintiff's claims of denial of due process are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted; and

2.        The Clerk of the Court is directed to prepare summons for Defendants, and the United States Marshal is directed to serve a copy of the complaint (Doc. No. 2), brief in support (Doc. No. 5), memorandum of law (Doc. No. 6), and summons on Defendants without prepayment of fees and costs or security therefore.

DATED this 23rd day of April, 2010.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE