IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| DAVID WILLIAMS,<br>ADC # 78730<br><br>　　　　　Plaintiff,<br>v.<br><br>BRENDA PERRY, Grievance Officer, East<br>Arkansas Regional Unit, ADC; *et al.*,<br><br>　　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*　　No. 2:10-cv-00030-SWW-JJV<br>*<br>*<br>*<br>* |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.　Plaintiff's motion for injunctive relief (Doc. No. 26) is GRANTED IN PART AND DENIED IN PART.

2.　Plaintiff's motion is GRANTED to the extent that he should be allowed to keep and have access to the pleadings and exhibits in this case.

3.　Plaintiff's motion is DENIED in all other respects.

DATED THIS 4TH DAY OF NOVEMBER, 2010.

　　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE