**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| DAVID WILLIAMS. <br> ADC # 78730 <br>       Plaintiff, <br> v. <br><br> BRENDA PERRY, Grievance Officer, East Arkansas Regional Unit, Arkansas Department of Correction; ESSIE CLAY, Disciplinary Hearing Officer, East Arkansas Regional Unit, Arkansas Department of Correction; and GREG HARMON, Warden, East Arkansas Regional Unit, Arkansas Department of Correction, <br><br>       Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> *   No. 2:10-cv-00030-SWW-JJV <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's objections. After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 69) is GRANTED.

2. Plaintiff's Complaint (Doc. No. 2) is DISMISSED with prejudice.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation, and the accompanying Judgment, would not be taken in good faith.

DATED this 21st day of April, 2011.

                                                       /s/Susan Webber Wright
                                                       UNITED STATES DISTRICT JUDGE