## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | | |
|---|---|---|
| DAVID WILLIAMS. | * | |
| ADC # 78730 | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| BRENDA PERRY, Grievance Officer, East | * | |
| Arkansas Regional Unit, Arkansas | * | |
| Department of Correction; ESSIE CLAY, | * | No. 2:10-cv-00030-SWW-JJV |
| Disciplinary Hearing Officer, East Arkansas | * | |
| Regional Unit, Arkansas Department of | * | |
| Correction; and GREG HARMON, Warden, | * | |
| East Arkansas Regional Unit, Arkansas | * | |
| Department of Correction, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED with prejudice.  The Court certifies, pursuant to 28

U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying

Order would not be taken in good faith.

DATED this 21st day of April, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE